Salaman, Plaintiff and Appellee, v. Carrillo, Defendant and Appellant.

Appeal from the Second District Court of San Juan in an Action for Annulment of Acknowledgment of Natural Child.—Change of Venue.

No. 2658.—Decided May 22, 1922.

Decided on the grounds of the opinion delivered in the case of *Toro et al.* v. *District Court of San Juan, ante,* page 501.

*Messrs. E. Campillo* and *M. Tous Soto* for the appellant.
*Mr. E. H. F. Dottin* for the appellee.

*Reversed.*

Chief Justice Del Toro and Justices Aldrey and Franco Soto concurred.

Justices Wolf and Hutchison concurred in the judgment.